# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3334

_____

STEVEN FIELDMAN and SIQI SUN,

    Petitioners,

v.

THE UNIVERSITY OF FLORIDA,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

June 24, 2019

PER CURIAM.

    DENIED.

WETHERELL, JAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jacob D. Flentke of Flentke Legal Consulting, PLLC, Orlando, for Petitioner

Brande S. Smith, University of Florida, Gainesville, for Respondent.